IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**AISHIA PETERSEN,**               Case No. 1:22-cv-22232-BB

    Plaintiff,

v.

**DESTINO CAPITAL, LLC.**
**d/b/a AZULU,**
    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff AISHIA PETERSEN, hereby notify the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that Notice for Dismissal with prejudice as to all claims will be filed within sixty (60) days.

 Dated this 23rd day of November 2022.

                                        By: __/s/ *Acacia Barros*___
                                        Acacia Barros, Esq.
                                        Fla. Bar No. 106277
                                        **ACACIA BARROS, P.A.**
                                        11120 N Kendall Dr., Suite 201
                                        Miami, Florida 33176
                                        Telephone: 305-639-8381
                                        ab@barroswlawfirm.com
                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of November 2022 that the foregoing document has been filed using CM/ECF system and will be served on Defendant or Defendant's counsel.

                                        *s/Acacia Barros*
                                        Attorney for Plaintiff
                                        ACACIA BARROS, P.A.