IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**AISHIA PETERSEN,**  Case No. 1:22-cv-22232-BB

  Plaintiff,

v.

**DESTINO CAPITAL, LLC.**
**d/b/a AZULU,**
  Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff **AISHIA PETERSEN**, by and through undersigned counsel, requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each Party shall bear his or its own costs and fees, including attorneys' fees, incurred with this action.

Dated this 14th day of March 2023.

By: __/s/ Acacia Barros____
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
11120 N Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: 305-639-8381
ab@barroswlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2023 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel by email.

*s/Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.

1